Marc L. Godino, State Bar No. 182689
E-Mail: mgodino@glancylaw.com
Michael M. Goldberg, State Bar No. 188669
E-Mail: mmgoldberg@glancylaw.com
Casey Edwards Sadler, State Bar No. 274241
E-Mail: csadler@glancylaw.com
GLANCY BINKOW & GOLDBERG, LLP
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone No. (310) 201-9150
Fax No.: (310) 201-9160

Attorneys for Plaintiff ANDREW PARK


Charles A. Danaher, State Bar No. 144604
E-Mail: cdanaher@mckennalong.com
Theona Zhordania, State Bar No. 254428
E-Mail: tzhordania@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone No.: 213.688.1000
Fax No.: 213.452.8031

Attorneys for Defendant DOLE FRESH VEGETABLES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PARK, on Behalf of Himself and All Other Persons Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>DOLE FRESH VEGETABLES, INC.,<br><br>    Defendant. | Case No. CV13-0872 PSG<br><br>[CLASS ACTION]<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING  BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Date: October 3, 2013<br>Time: 1:30 p.m.<br>Crtm: 8 |

WHEREAS, on May 9, 2013, plaintiff Andrew Park ("Plaintiff") filed his First Amended Class Action Complaint against defendant Dole Fresh Vegetables, Inc. ("Defendant");

WHEREAS, on May 13, 2013, Defendant filed its Motion to Dismiss Plaintiff Andrew Park's First Amended Complaint Or, In The Alternative, To Strike Portions Of The First Amended Complaint ( "Motion to Dismiss");

WHEREAS, Plaintiff's opposition to the Motion to Dismiss is currently due on May 28, 2013;

WHEREAS, Defendant's Reply in support of its Motion to Dismiss is currently due on June 4, 2013;

WHEREAS, the hearing on the Motion to Dismiss is currently scheduled for October 3, 2013;

WHEREAS, Plaintiff needs additional time to respond to the Complaint due to several other pending briefing deadlines that fall around the deadline for the opposition brief in this case, including, but not limited to: an opposition to a motion to dismiss in *PB Property Management, Inc. v. Goodman Manufacturing Company, L.P. et al*, Case No. 12-cv-01366 (M.D. FL) due May 23, 2013; a motion for class certification in *Anderson v. Jamba Juice Company*, Case No. 12-cv-01213 (N.D. CA) due May 31, 2013; and an opposition to a petition for writ of certiorari to the U.S. Supreme Court in *Toyota Motor Corp. v. Choi*, No. 12-1230 (U.S.) due on June 12, 2013;

WHEREAS, pursuant to Local Rule 6-2, Plaintiff and Defendant may request through stipulation, an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules;

WHEREAS, Plaintiff and Defendant have agreed that Plaintiff shall file his opposition to the Motion to Dismiss no later than June 18, 2013;

WHEREAS, Plaintiff and Defendant have agreed that Defendant shall file a Reply in support of its Motion to Dismiss no later than July 12, 2013;

WHERAS, this stipulated briefing schedule is not being sought for purposes of delay, but rather so that this matter may be fairly and reasonably litigated and so that justice may be done;

WHERAS, No prior extension concerning the Motion to Dismiss has been requested or obtained.

IT IS HEREBY STIPULATED between Plaintiff and Defendant that:

Plaintiff shall file his opposition to the Motion to Dismiss no later than June 18, 2013.

Defendant shall file a Reply in support of its Motion to Dismiss no later than July 12, 2013.

The October 3, 2013 hearing date on the Motion to Dismiss will remain unchanged.

DATED: May 17, 2013     MCKENNA LONG & ALDRIDGE LLP

By: */s/Theona Zhordania*
Charles A. Danaher
Theona Zhordania
Attorneys for Defendant
DOLE FRESH VEGETABLES, INC.

DATED: May 17, 2013     GLANCY BINKOW & GOLDBERG, LLP

By: */s/Marc L. Godino*
Marc L. Godino
Attorneys for Plaintiff
ANDREW PARK

**PURSUANT TO STIPULATION, IT IS SO ORDERED**,

Date: May 28, 2013              *Lucy H. Koh*
                                Honorable Lucy H. Koh
                                United States District Court Judge